IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv225

HELEN CLIETTE HOUEY, and )
EMMANUEL HOUEY, )
                                                )
              Plaintiffs, )
                                                )
         vs.                           )         **J U D G M E N T**
                                                )
CAROLINA FIRST BANK, )
TD BANK, )
                                                )
              Defendants. )
_____)

For the reasons stated in the Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants Carolina First Bank and TD Bank. and against the Plaintiffs Helen Cliette Houey and Emmanuel Houey.

Signed: February 4, 2013

Martin Reidinger
United States District Judge