# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv225

| | |
|---|---|
| HELEN CLIETTE HOUEY, and EMMANUEL HOUEY, ) ) ) Plaintiffs, ) ) vs. ) ) CAROLINA FIRST BANK, ) TD BANK, ) ) Defendants. ) _____ ) | **J U D G M E N T** |

For the reasons stated in the Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants Carolina First Bank and TD Bank. and against the Plaintiffs Helen Cliette Houey and Emmanuel Houey.

Signed: February 4, 2013

Martin Reidinger
United States District Judge